AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Christopher Odom <br> *Plaintiff* <br> v. <br> State of South Carolina, Jason King, Charles Patrick, Judge Mullins, SC Budget & Control Board, et al <br> *Defendant* | Civil Action No.  5:16-cv-2674-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice as to Defendant's bus accident, medical malpractice, SCDMH placement, and property loss claims and dismissed without prejudice Defendant's remaining claims and the case is closed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge. The court adopts the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  September 15, 2016                                         *CLERK OF COURT*

                                                                                              s/Debbie Stokes

                                                                                    *Signature of Clerk or Deputy Clerk*